```
                    IN THE UNITED STATES DISTRICT COURT
                   FOR THE WESTERN DISTRICT OF TENNESSEE
                              WESTERN DIVISION
```

ERNEST THORNTON,

    Petitioner,

vs.      No. 05-2078-M1/P

T.C. OUTLAW,

    Respondent.

## ORDER OF DISMISSAL

Petitioner Ernest Thornton, Bureau of Prisons inmate registration number 14796-047, an inmate at the Federal Correctional Institution in Memphis ("FCI-Memphis"), filed a *pro se* petition pursuant to 28 U.S.C. § 2241 on January 31, 2005. The Court issued an order on March 1, 2005, directing the Petitioner, within thirty (30) days, to submit a properly completed *in forma pauperis* affidavit demonstrating his indigency, along with an inmate trust fund account statement, or pay the habeas filing fee. The order further provided that "[f]ailure to timely comply with any requirement of this order will result in dismissal of the petition without further notice for failure to prosecute." (Order, Mar. 1, 2005, (Docket No. 3) at 2.)

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 4-22-05



Petitioner has not complied with the March 1, 2005, order, and the time set for compliance has expired. Accordingly, the Court DISMISSES the petition without prejudice, pursuant to Fed. R. Civ. P. 41(b), for failure to prosecute.

IT IS SO ORDERED this 21 day of April, 2005.

JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 4 in case 2:05-CV-02078 was distributed by fax, mail, or direct printing on April 22, 2005 to the parties listed.

---

Ernest Thornton
FCI-MEMPHIS
14796-047
P.O. Box 34550
Memphis, TN 38184--055

Honorable Jon McCalla
US DISTRICT COURT