# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

05 APR 21 PM 5: 10

ROBERT R. DI TROLIO
CLERK, U.S. DIST.
W.D. OF TN, MEMPHIS

ERNEST THORNTON,                        JUDGMENT IN A CIVIL CASE

    Petitioner,

v.

T.C. OUTLAW,                            CASE NO: 05-2078 Ml/P

    Respondent.

---

### JUDGMENT

**JUDGMENT BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order of Dismissal entered April 21, 2005, this case is DISMISSED.


APPROVED:

_____
JON P. McCALLA
UNITED STATES DISTRICT JUDGE


_April 21, 2005_____
DATE

                                  ROBERT R. DI TROLIO
                                  Clerk of Court


                                  _____
                                  (By) Deputy Clerk

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 4-22-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 5 in case 2:05-CV-02078 was distributed by fax, mail, or direct printing on April 22, 2005 to the parties listed.

---

Ernest Thornton
FCI-MEMPHIS
14796-047
P.O. Box 34550
Memphis, TN 38184--055

Honorable Jon McCalla
US DISTRICT COURT